IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GBEKE AWALA, MOSES H. AWALA, and DORCAS C. BROWN,  :<br>:<br>            Plaintiff,  :<br>:<br>   v.  :<br>:<br>CHIEF JUDGE KIMBA M. WOOD,  :<br>ATTORNEY GENERAL MICHAEL B.  :<br>MUKASEY, CIRCUIT JUDGE  :<br>ROSEMARY S. POOLER, CIRCUIT  :<br>JUDGE CHESTER J. STRAUB,  :<br>DISTRICT JUDGE GREGORY M.  :<br>SLEET, CHIEF JUDGE ANTHONY J.  :<br>SCIRICA, CIRCUIT JUDGE KENT  :<br>A. JORDAN, and U.S. ATTORNEY  :<br>COLM F. CONNOLY,  :<br>:<br>            Defendants.  : | Civil Action No. 08-147-JJF |

**RULE TO SHOW CAUSE**

Plaintiff Gbeke Awala ("Plaintiff"), an inmate at U.S. Penitentiary Cannaan, Waymart, Pennsylvania, has filed numerous lawsuits that contain frivolous legal arguments and that are vexatious and abusive of the judicial process. These lawsuits relate to his underlying criminal conviction in this District for re-entry after deportation following a conviction for an aggravated felony pursuant to 8 U.S.C. § 1326 (a) and (b)(2). United States v. Awala, Criminal No. 04-90-JJF (D. Del.)[1]  The

---

[1]The criminal case was tried in this District before the Honorable Kent A. Jordan prior to the time he was elevated to the United States Court of Appeals for the Third Circuit.  The criminal case was reassigned first to District Judge Sue L. Robinson and then to Judge Joseph J. Farnan, Jr.

United States Court of Appeals for the Third Circuit affirmed his judgment of conviction on direct appeal. United States v. Awala, No. 06-2718 (3d Cir. Jan. 11, 2008)

Including this most recent lawsuit, since February 17, 2005, Plaintiff has filed twenty-one lawsuits in this District all related to his underlying criminal conviction. The Complaints make reference to circumstances surrounding Plaintiff's criminal conviction. Indeed, unhappy with rulings made in the criminal case and subsequent civil filings, Plaintiff began filing lawsuits against anyone involved in the cases, as well as others having contact with the cases, including repeated lawsuits against federal district and appellate judges, as well as supreme court justices, federal prosecutors, private defense counsel, federal agencies, and other federal officials. This most current lawsuit is filed against circuit and district court judges as well as a U.S. Attorney.[2]

Plaintiff has filed many lawsuits in other Appellate and District Courts. Because more than three of his lawsuits were dismissed as frivolous, malicious, or failed to state a claim upon which relief may be granted, he is frequently denied leave to proceed in forma pauperis, and since May 30, 2006, has been

---

[2]In addition to Plaintiff, also named as Plaintiffs in the present Complaint are Moses H. Awala and Dorcas C. Brown. Moses H. Awala and Dorcas C. Brown, however, did not sign the Complaint.

ordered to pay the required filing fee on numerous occasions. See 28 U.S.C. § 1915(g) (inmate required to pay filing fee when he has three or more times in the past, while incarcerated, brought a civil action or appeal in federal court that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted); Awala v. U.S. Dep't of State Int'l Child Abduction, Civ. Action No. 05-cv-368-KAJ, D.I. 11 (D. Del. 2005). Plaintiff has yet to pay any filing fee.

To date Plaintiff has filed the following lawsuits, all related to his underlying criminal conviction:

| | |
|---|---|
| 05-cv-097-KAJ | Awala v. Koyste, (D. Del. 2005), filed February 17, 2005, dismissed as frivolous March 3, 2006. |
| 05-cv-281-KAJ | Awala v. Federal Pub. Defender, filed May 9, 2005, dismissed as frivolous August 4, 2005. |
| 05-cv-368-KAJ | Awala v. U.S. Dep't of State Int'l Child Abduction, filed June 7, 2005, dismissed for failure to pay filing fee August 16, 2006. |
| 05-cv-472-KAJ | Awala v. Stretton, filed July 6, 2005, dismissed for failure to pay filing fee January 13, 2006. |
| 05-cv-783-GMS | Awala v. Jordan, filed November 10, 2005, voluntary dismissal March 31, 2006. |
| 05-cv-917-KAJ | Awala v. Anderson, filed December 28, 2005, dismissed for failure to pay filing fee May 15, 2006. |
| 06-cv-012-KAJ | Awala v. 8 U.S.C. Section 1326, filed January 4, 2006, dismissed as frivolous March 17, 2006. |
| 06-cv-248-KAJ | Awala v. Gonzalez, filed April 14, 2006, dismissed for failure to pay filing fee July 25, 2006. |
| 06-cv-361-JJF | Awala v. Grand Jury for Dist. of Delaware, filed May 30, 2006, dismissed for failure to pay filing fee May 22, 2007. |
| 06-cv-590-SLR | Awala v. Durkin, filed September 22, 2006, dismissed for failure to pay filing fee March 29, 2007. |
| 07-cv-061-GMS | Awala v. Robinson, filed January 29, 2007, dismissed for failure to pay filing fee March 22, 2007. |
| 07-cv-109-GMS | Awala v. United States Mission to the United |

|              |                                                                                                                            |
|--------------|----------------------------------------------------------------------------------------------------------------------------|
|              | Nations, filed February 22, 2007, dismissed for failure to pay filing fee May 11, 2007.                                    |
| 07-cv-110-SLR | Awala v. U.S. Attorney's Office Delaware, filed February 22, 2007, closed 10/22/07.                                       |
| 07-cv-124-JJF | Awala v. Director of Administrative Office of United States Courts, filed February 28, 2007, dismissed for failure to pay filing fee December 5, 2007. |
| 07-cv-173-GMS | Awala v. Dalleo, filed March 23, 2007, dismissed for failure to pay filing fee December 17, 2007.                         |
| 07-cv-531-SLR | Awala v. Roberts, filed September 4, 2007, dismissed for failure to pay filing fee February 1, 2008.                      |
| 07-cv-689-JJF | Awala v. McKee, filed November 1, 2007.                                                                                    |
| 07-cv-750-GMS | Awala v. Alito, filed November 21, 2007.                                                                                   |
| 07-cv-848-GMS | Awala v. Barkett, filed December 28, 2007.                                                                                 |
| 08-cv-077-GMS | Awala v. Hardiman, filed February 6, 2008.                                                                                 |
| 08-cv-147-JJF | Awala v. Wood, filed March 12, 2008.                                                                                       |

THEREFORE, Plaintiff Gbeke M. Awala is hereby ORDERED to show cause, in writing, on or before **June 18, 2008**, why he should not be enjoined from filing, without prior authorization of the Court, any complaint, lawsuit, or petition for writ of mandamus, related to his underlying criminal case (with the exception of a § 2255 motion) or any other related cases, including, but not limited to actions against the district or appellate judges, supreme court justices, federal officials or employees, defense counsel, or any entity with any possible connection to Plaintiff's criminal conviction.

April 29, 2008
DATE

_Joseph J. Farnan_
UNITED STATES DISTRICT JUDGE