IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Gbeke M. Awala,
Moses Hime Awala,
Dorae C. Brown,

  Plaintiffs-Appellants,

v.

Chief Judge Kimba M. Wood, et al.

  Defendants-Appellees.

Appeal...

Civ No. 08-cv-147-JJF



## NOTICE OF APPEAL
### AND
## MEMORANDUM OF LAW AND ARGUMENT
IMPOVERISHING AND DESOLATING AN
IRRITATED VENGEANCE CONSOLIDATED
BY THIS COURT IN ITS
DEVOTION TO BAR OR ENJOIN
FURTHER FILING OF
CIVIL ACTIONS
SUBJECTED TO SHOW CAUSE ORDER

Plaintiffs/Appellants; Gbeke M. Awala, Moses H. Awala, and Dorae C. Brown, moves the Court pursuant to Rule 4, FRAP, on appeal In part and Filing a legal argument, respectably proportion to

the absolute unqualified Command that Such an objection by me, be filed in this Court, why it should not be _enjoined_ from filing without prior authorization of the Court. See Court order dated April 29, 2008. at 4.

On the _basis_ of this order, appellant argue that the Complaint filed under 42 U.S.C. Sec. 1983 against these _Judges_ above, have basis in _fact_ and arguably in _law_, the allegation presented Sufficient Evidence of Conduct's _repugnant_ under the 4th, 5th, 6th, 7th, 8th and 14th Amendment U.S. Const. The order of _Judge Farnan_ dismissing action under 28 U.S.C. Sec. 715, _addendum_, requiring a Show Cause Order was clearly onerous, appellant has demonstrated _Sufficient_ Proofs and reasons that _merit_ the Interest of _Justice_ and judicial economic principles, with adequate basis of "_fear_" of been killed, while under "Protective Custody" and under danger of Physical Injury, an exception to evade the "three strikes" rule. See ABDUL-AKBAR v. McKELVIE, 239 F.3d 307, (3rd Cir. 2001). In addition to the Conscientiously Scrupulous _order_ of Judge _Farnan_, the records Corroborated Inferences that Said Judge was unable to Comprehend Complainant's Rights.

Good truths are often Complex, children and fathers also have admonitions from the Constitution, thus, it is in vain to say that enlightened Judgeship or Statesmen will be able to adjust these fatal error and invert them

-2-

and render them all Subservient to the Public good, a free government Conduce much more to their happiness, than the retaining of exercising the Judicial power more or less Conformable to those principles of equal Impartial liberty, which is the property of all men from their birth as the gift of the Creator. If the Constitution and form of government are wholly repugnant to those equal principles, wretched are the Subjects of the States, the rights I posses at my birth are unalienable and Inherent, that no equivalent Can be received In exchange, which no Judicial power Can Cancel, as any Consent to file a debarred Civil Rights over this matter is void. Thus, the Surrender is void. Furthermore, the Court should be Careful not to Frustrate American Children or discourage them by reasons of Order, regulations that appears to be unreasonable, arbitrary and Capricious.

Appellant, Gbeke M. Awala, at this stage battling the false teachings of these defendants/ Appellees Judges, Chief Judge Kimba M. Wood, who Came behind and added their own "Spin" to the matter. He wrote an order in Awala v. Batts, civ No. 08-1677 (KMW) (S.D.N.Y) (2008). In his Judicial mysticism, legalism and Alien philosophy, he had mixed Incorrect application of the laws of the United States with the doctrine of Citizenship by Birth I posses by been born in Florida, to Moses H. Awala and Dorcas C. Brown.

-3-

Judge Farnan, abuse its discretion in this Instant Case, he refused blindly to Correct the Clerical errors, the Successor of all the Supreme Head, Chief Judge Sue L. Robinson, in her Indulgence to every Sensual desire, denying relief, gave Credence to the Moral outcome of this type of government's accusation opponents, a self-denying Justice, meshed easily with this Court's harsh efforts served against me to hide the truth.

For I bear this Court a witness In the Captioned Case that it has a zeal for Substantial Justice, but not according to the principles of equal protection. See Colossians 3:25. 'But he who does wrong will be repaid for what he has done, and there is no partiality.'

Moreover, a "threat" violates 18 U.S.C. se-115(a) only if it is a "true threat" rather than idle talk or part of a political protest. Watts v. United States, 394 U.S. 705, 708 (1969).

The Order of the Court in an attempt to bar me from free excersise of my Constitutional Right of natural birth, a non-abusive Conduct or Vexation in any form, but Cognitive because the Court has Committed a "threat" against me, wherein a reasonable person would read the order and foresee that the Caption as a Serious expression of the Court of an Intention to Inflict bodily harm upon, Ebeke M. Awala, to take

-4-

my life in this proceeding. See United States v. Hoffman, 806 F.2d 703, 707 (9th Cir. 1986). Several Courts have analogized Chief Judge Woods' conduct, with Instructions received to the provision of 18 U.S.C. Sec. 811. See United States v. Roberts, 915 F.2d 889, 890-91 (4th Cir. 1990); United States v. Raymer, 876 F.2d 383, (5th Cir. 1989). Molested my Rights.

What these Judges had done on record and adopted by this Court in Delaware and third Circuit, has been an economic quid pro quo for these Judges Decision at all relevant cases, they have received personal favoritism towards their orders, sufficient to substantiate a claim that the District Court, In Delaware and the Court of Appeals, Conspired to Commit offenses against Gloche M. Nwala, Comptly to endeavor to Influence, obstruct and Impede the due administration of Justice, In Suits pending and when he has been maliciously prosecuted and Imprisoned by false evidence, and Concerning my rights to have lawful function of the Judicial Power of the United States Courts, to a Certain administered, freedom from unlawful Impairment and obstruction and affirmatively my rights to writs, and more particularly my rights to the Conscientious, faithful, disinterested and unbiased Judgment of this Court, and Judge Farnan's free from Corruption, partiality, Improper Influence, bias and dishonest, Including fraud of Chief Judge

Kimba M. Wood, Attorney General Michael B. Mukasey, Circuit Judge Rosemary S. Pooler, Circuit Judge Chester J. Straub, District Judge Gregory M. Sleet, Chief Judge Anthony J. Scirica, Circuit Judge Kent A. Jordan, and U.S. Attorney Colm F. Connolly. See, also United States v. Marini, 107 F.2d 834 (2nd Cir. 1938).

Plaintiff, Awala, contends that Judge Farnan's on April 29, 2008, In its entire form was a complete fraud. My guess is that the U.S. Attorney Colm F. Connolly, wrote the order, this is a common practice in this Court and in the Southern District of New York, Eleventh Circuit and 3rd Circuit. The practice while impressive, dishonest, a violator of the 'Separation of powers doctrine' and illegal. Judges are, by training (law) upbringing (Spoiled fat, rich kids), and temperament (intellectually dishonest).

Therefore, an actually Innocent African Ghanaian M. Awala, suffer because a Judge like here Judges are Calorically challenged in this action, and that's the continued price I must pay for the "Finest legal system in our Nation."

Fortunately, as I proceed before June 18, 2008, on Appeal, under 28 U.S.C. Sec 1291, this type of dishonesty is not prevalent in the Court of Appeals for the 3rd Circuit, there I would get another type of dishonesty by Staff Attorneys, total loss and proceeding to a "Good End".

This Court must not bar me under any theories

-6-

or principles or procedural rulings. Inasmuch as the Consideration on the merit was circumvented by Judge Farnan, In addition to the impertinent and scurrilous insults and personal invective methods by these disgruntled Judges in SNET, unable to comprehend the Federalist principles in "RETURN SEIZED PROPERTY." "Shall" is the language of Command. Andrien v. Yongkau, 67 S. Ct. 428 (1947). Inasmuch as the Judicial punishment can never be used merely to promote employee theft of Florida Birth documents and family gang orgies, they all make ownership of everyone else Insecure. Thus, fairness dictates that, Judge Farnan, must Judicially declare an award of not less than but more than $2 million, in U.S. currencies. I shall not go into all details the cases mentioned above, direct the Government to 28 U.S.C. Sec. 753(f), to remit said moneys for the purpose of paying my own expenses, before any predicted aggravated and escorted deportation, an appropriation from the Treasury for investigation, which is hereby made a Under this Show Cause order.

What is clear is that the Conception of "paying debt" or "having a debt forgiven" or pardoning have now a place, because the $2 million, Cure is LESS worse than the disease, the Court must manifest this demand into my Inmate Trust Account, at Federal Bureau of Prison and enjoin the BOP from deducting any further PLRA for all costs by me. I have suffered grossly disproportionate Cruel treatment. WHEREFORE, the Court has a duty to grant this motion. In part and Appeal in part. Submitted under 28 U.S.C. Sec. 1746

Dated 5/1/X.      -7-     respectfully submitted,
                           Gitt??? M. Awala

**Other Orders/Judgments**
1:08-cv-00147-JJF Awala et al v. Wood et al
PaperDocuments, VACANTJUDGESHIP

U.S. District Court

District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 4/30/2008 at 2:50 PM EDT and filed on 4/29/2008
**Case Name:**       Awala et al v. Wood et al
**Case Number:**     1:08-cv-147
**Filer:**
**Document Number:** 4

**Docket Text:**
**RULE TO SHOW CAUSE ORDERING Plaintiff to show cause, in writing, on or before 6/18/2008, why he should not be enjoined from filing, without prior authorization of the Court, any complaint, lawsuit, or petition for writ of mandammus, related to his underlying criminal case, or any entity with any possible connection to Plaintiff's criminal conviction, with certain exceptions (see Rule to Show Cause for further details). Signed by Judge Joseph J. Farnan, Jr. on 4/29/2008. (nms)**

**1:08-cv-147 Notice has been electronically mailed to:**

**1:08-cv-147 Notice has been delivered by other means to:**

Gbeke Awala
Reg# 82074-054
U.S. Penitentiary Canaan
P.O. Box 300
3057 Easton Turnpike
Waymart, PA 18472

Moses H. Awala


Dorcas C. Brown

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=4/30/2008] [FileNumber=558778-0]
[99eca7ff717fb40342c4c267caa5bc2895bc1ac7e5b26c7dae31a42d8aa7a523ef7f
ed161ceef894db91fdf94cd4c46f48573982b75df8007a56fd4768db5e1e]]